UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEHA SHETH,                                                 :
                                         Plaintiff,         :      21 Civ. 9024 (LGS)
                                                            :
                    -against-                               :      ORDER
                                                            :
SKANSKA USA CIVIL NORTHEAST, INC.,                          :
et al.,                                                     :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the initial pretrial conference in this matter is scheduled for January 12, 2022.  (Dkt. No. 6.)

  WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  (*See* Dkt. No. 9.)  It is hereby

  **ORDERED** that the January 12, 2022, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

  **ORDERED**, that a referral to the Court's mediation program (at no cost to the parties) will issue separately.  If the parties prefer to retain a private mediator at their own expense, they should advise the Court no later than **January 12, 2022**.  It is further

  **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances, which does not include settlement discussions.

Dated:  January 7, 2022
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**