```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEHA SHETH,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :          21 Civ. 9024 (LGS)
             -against-                                      :
                                                            :                ORDER
SKANSKA USA CIVIL NORTHEAST,                                :
INC., et al.                                                :
                                                            :
                              Defendants.                   :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling Order a joint status letter was due August 29, 2022. (Dkt. No. 27.)

WHEREAS, no such joint status letter was filed. It is hereby

**ORDERED** that by **September 2, 2022**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: August 30, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**