UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEHA SHETH,
                                Plaintiff,

-against-

SKANSKA USA CIVIL NORTHEAST, INC.,
et al.,
                               Defendants.
-------------------------------------------------------------X

21 Civ. 9024 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by separate order, this case will be referred for settlement discussions to the Hon. Gabriel W. Gorenstein, U.S. Magistrate Judge. It is hereby

      **ORDERED** that the parties shall file a joint letter informing the Court of the outcome of their discussions, and if the case is not resolved, shall include a proposed briefing schedule for the parties' cross-motions for summary judgment or their availability for trial.

Dated: September 15, 2022
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                                   UNITED STATES DISTRICT JUDGE