# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Mike DiGiulio | |
| Leah M. Seliger | |

October 6, 2022

MEMORANDUM ENDORSED

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Neha Sheth v. Skanska USA Civil Northeast, Inc., et al.*,
            **No. 21-cv-9024 (LGS) (GWG)**

Dear Judge Gorenstein,

      We represent Plaintiff Neha Sheth in the above-referenced matter. We write jointly with Defendants to respectfully request an adjournment of the settlement conference currently scheduled for October 17, 2022. The reason for the requested adjournment is that the undersigned's offices are closed on October 17 for a Jewish holiday. This is the first request to adjourn the settlement conference. The parties have conferred and the first date when they are all available for a rescheduled conference is November 17, 2022.

      We thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/Lucas C. Buzzard
Lucas C. Buzzard

---

Application denied without prejudice. Please read Docket # 38 and follow the procedure described in that document for seeking an adjournment.

So Ordered.

*[Signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 7, 2022