# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

October 9, 2022

**MEMORANDUM ENDORSED**

<u>**VIA ECF**</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Neha Sheth v. Skanska USA Civil Northeast, Inc., et al.*,
          **No. 21-cv-9024 (LGS) (GWG)**

Dear Judge Gorenstein,

    We represent Plaintiff Neha Sheth in the above-referenced matter. We write jointly with Defendants to respectfully request an adjournment of the settlement conference currently scheduled for October 17, 2022. The reason for the requested adjournment is that the undersigned's offices are closed on October 17 for a Jewish holiday. Pursuant to Paragraph 8 of the Court's Standing Order Applicable to Telephonic Settlement Conferences, the parties have contacted your Chambers and were given November 17, 2022 at 10:00am as an alternative date and time. The parties have conferred and are all available on that date.

    We thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/Lucas C. Buzzard
Lucas C. Buzzard

Settlement conference adjourned to November 17, 2022, at 10:00 a.m. Submissions due November 10, 2022.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 11, 2022