UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEHA SHETH                                      :

                                                                       :    <u>ORDER</u>
                Plaintiff,                          21 Civ. 9024 (GWG)
                                                :

    -v.-
                                                :

                                                :

SKANSKA USA CIVIL NORTHEAST, INC.,
                                                :

                Defendant.                  :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The parties are directed to file a letter by January 26, 2023, describing the status of this matter and indicating whether approval by the Court of the settlement is required.

SO ORDERED.

Dated: January 19, 2023
       New York, New York

                                                            _____
                                                             GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge