

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  0710

Anastasia Stylianou
Associate
973.848.4761 direct
973.848.4700 main
astylianou@littler.com

January 26, 2023

**VIA ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    **<u>Sheth v. Skanska USA Civil Northeast, Inc., et al.</u>**
                **<u>Index No. 1:21-cv-09024-LGS</u>**

Dear Judge Gorenstein:

    This firm represents Defendants Skanska USA Civil Northeast, Inc. and Skanska USA Building, Inc. ("Defendants") in the above-referenced matter. We write jointly with counsel for Plaintiff Neha Sheth pursuant to Your Honor's January 19, 2023 Order (ECF Doc. No. 45) to provide a status update in this case.

    The parties are in the process of finalizing the settlement documents and respectfully request a conference call with Your Honor to seek clarity on the settlement approval issue. We appreciate the Court's attention to this matter and the parties will make themselves available for a conference call at the Court's convenience. Thank you.

                Respectfully submitted,

                LITTLER MENDELSON, P.C.

                */s/ Anastasia Stylianou*

                Anastasia Stylianou

cc:    Amber Spataro, Esq. (via ECF)
        D. Maimon Kirschenbaum, Esq. (via ECF)
        Lucas C. Buzzard, Esq. (via ECF)

littler.com